**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___11/8/2019___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JAMES MURPHY, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED

       Plaintiffs,

       v.

T AND D RESORTS INC.,

       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No.: 1:19 cv 8040

**AFFIRMATION**

  Darryn Solotoff, Esq., an attorney admitted to practice in this court, affirms that the following statements are true under the penalties of perjury:

  1. I am a partner with Bell Law Group, PLLC, the attorneys for the plaintiff in this action and, as such, I am familiar with the facts and circumstances of this action.

  2. Plaintiffs submit this affirmation in defendant's First Motion to Change of Venue.

  3. Plaintiff hereby consents to the change of venue to the Western District of New York.

Dated: Garden City, New York
    November 7, 2019

                  Respectfully submitted,

IT IS HEREBY ORDERED that the Clerk of Court is directed to (1) terminate all open motions and (2) transfer this case to the Western District of New York pursuant to 28 U.S.C. § 1404(b).

SO ORDERED.

*Valerie Caproni* (signature)
       11/8/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

THE LAW OFFICE OF DARRYN SOLOTOFF PLLC

s/Darryn G. Solotoff
_____

Darryn G. Solotoff
100 Quentin Roosevelt Blvd, #208
Garden City, New York 11530
Phone: 516.695.0052
Fax: 212.656.1845
ds@lawsolo.net